# United States Court of Appeals
## For the Eighth Circuit

_____

No. 14-1727
_____

Alveto Rivera

*Plaintiff - Appellant*

v.

Imo Kalla; Luke DeHaan; Stanley Quanbeck, M.D.; Sara Hard; Sheryl Vezner;
Regina Stepney; JE Lind

*Defendants - Appellees*

_____

Appeal from United States District Court
for the District of Minnesota - Minneapolis

_____

Submitted: February 5, 2015
Filed: February 25, 2015
[Unpublished]

_____

Before MURPHY, BOWMAN, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Inmate Alveto Rivera appeals the district court's[1] adverse grant of summary judgment in his 42 U.S.C. § 1983 action. We have carefully considered the matters Rivera raises on appeal, and conclude that they provide no basis for reversal. See Laganiere v. County of Olmsted, 772 F.3d 1114, 1116 (8th Cir. 2014) (de novo review). Accordingly, we affirm the judgment of the district court, and we deny Rivera's motion for counsel.

_____

[1] The Honorable Michael J. Davis, Chief Judge, United States District Court for the District of Minnesota, adopting the report and recommendations of the Honorable Franklin L. Noel, United States Magistrate Judge for the District of Minnesota.